IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Murdock, Aaron M  
Murdock, Dana M  
Printed: 12/10/08

Case Number: 05 B 26942  
Judge: Wedoff, Eugene R  
Filed: 7/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 30, 2008  
Confirmed: September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 74,664.00 |  |
| Secured: |  | 49,140.80 |
| Unsecured: |  | 7,899.20 |
| Priority: |  | 11,876.80 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 4,047.20 |
| Other Funds: |  | 0.00 |
| Totals: | 74,664.00 | 74,664.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,700.00 | 1,700.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 4,144.04 | 4,144.04 |
| 4. | Rogers & Hollands Jewelers | Secured | 106.62 | 106.62 |
| 5. | Capital One Auto Finance | Secured | 17,389.62 | 17,389.62 |
| 6. | Wells Fargo Home Mortgage | Secured | 3,876.19 | 3,876.19 |
| 7. | Resurgent Capital Services | Secured | 69.77 | 69.77 |
| 8. | Citizens Bank | Secured | 23,025.75 | 23,025.75 |
| 9. | Rogers & Hollands Jewelers | Secured | 528.81 | 528.81 |
| 10. | Internal Revenue Service | Priority | 11,876.80 | 11,876.80 |
| 11. | RoundUp Funding LLC | Unsecured | 1,053.23 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 111.59 | 49.69 |
| 13. | Rogers & Hollands Jewelers | Unsecured | 189.39 | 84.35 |
| 14. | Capital One | Unsecured | 277.18 | 123.44 |
| 15. | Rogers & Hollands Jewelers | Unsecured | 594.08 | 264.56 |
| 16. | Specialized Management Consultants | Unsecured | 201.21 | 89.61 |
| 17. | Kohl's/Kohl's Dept Stores | Unsecured | 106.58 | 47.46 |
| 18. | Internal Revenue Service | Unsecured | 420.44 | 187.24 |
| 19. | Educational Credit Management Corp | Unsecured | 2,794.79 | 1,244.62 |
| 20. | Wells Fargo Financial | Unsecured | 171.33 | 76.31 |
| 21. | American General Finance | Unsecured | 994.00 | 442.67 |
| 22. | ECast Settlement Corp | Unsecured | 689.21 | 306.94 |
| 23. | Resurgent Capital Services | Unsecured | 99.87 | 44.47 |
| 24. | American Express Centurion | Unsecured | 1,712.71 | 762.74 |
| 25. | Capital One | Unsecured | 276.62 | 123.19 |
| 26. | Citizens Bank | Unsecured | 1,747.99 | 778.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Murdock, Aaron M  
       Murdock, Dana M  
       Printed: 12/10/08

Case Number: 05 B 26942  
Judge: Wedoff, Eugene R  
Filed: 7/7/05

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 27. | ECast Settlement Corp | Unsecured | 154.43 | 68.77 |
| 28. | Capital One | Unsecured | 216.34 | 96.34 |
| 29. | B-Line LLC | Unsecured | 1,053.23 | 469.03 |
| 30. | Capital One | Unsecured | 287.56 | 128.05 |
| 31. | RoundUp Funding LLC | Unsecured | 840.94 | 373.59 |
| 32. | Bank Of America | Unsecured | 1,175.65 | 0.00 |
| 33. | RoundUp Funding LLC | Unsecured | 398.39 | 177.36 |
| 34. | ECast Settlement Corp | Unsecured | 401.72 | 178.90 |
| 35. | Resurgent Capital Services | Unsecured | 1,235.56 | 550.23 |
| 36. | Resurgent Capital Services | Unsecured | 2,764.65 | 1,231.20 |
| 37. | Cingular Wireless | Unsecured | | No Claim Filed |
| 38. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 39. | Home Depot | Unsecured | | No Claim Filed |
| 40. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | $ 82,686.29 | $ 70,616.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 1,328.06 |
| 5% | 329.42 |
| 4.8% | 632.00 |
| 5.4% | 1,186.78 |
| 6.5% | 570.94 |
| | $ 4,047.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

